**United States Bankruptcy Court**
**Southern District of Indiana**

In re   **Bradley Alan Frame**                                                         Case No.
                                          Debtor(s)                                     Chapter   **13**

# CHAPTER 13 PLAN
__X__ Original  ____ Amendment

**THIS PLAN DOES NOT ALLOW CLAIMS.** You must file a proof of claim to receive distributions under any plan that may be confirmed.

1. **PAYMENT AND LENGTH OF PLAN:**
   A. Debtor(s) shall pay **$1,831.00 Monthly for 60 months** to the Chapter 13 trustee, starting no more than 30 days after the original plan is filed with the Court, for approximately **60** months. Total amount to be paid to the trustee shall not be less than $__**109,860.00**__. Additional payments to the trustee: **None.**

   B. From the payments so received, the Trustee shall make disbursements as follows:
      1. Trustee's fee to be paid pursuant to statute.
      2. The balance due on debtor's attorney fee in the sum of $__**3,963.00**__:
         (check one) __**X**__ as soon as funds are available or ___ at the rate of $___ monthly.
      3. Other administrative claims, if any, to be paid as follows (identify party, amount and nature of claim):
         **None.**

2. **SECURED CLAIMS:**
   A. **Curing Defaults and Maintaining Payments on Real Estate.** Regular monthly payments, for cases filed in the Indianapolis and Terre Haute Divisions, shall be paid directly to the creditor(s). In cases filed in the Evansville and New Albany Divisions, payments shall be made through the trustee if the plan treats a pre-petition default. Otherwise, payments shall be made directly to the creditor(s). Note that where there are arrearages, payments are to be made on the first due date after the month in which the petition is filed.

| **Creditor** | **Collateral** | **Estimated Arrears** | **Interest Rate** |
|---|---|---|---|
| -NONE- | | | |

   B. **Vehicles** (Indicate whether payment in full through trustee or direct to creditors, or fair market value plus interest):

| **Creditor** | **Collateral** | **Treatment** |
|---|---|---|
| -NONE- | | |

   C. **Other Secured Claims** (Indicate whether payment in full through the trustee or direct to creditor, or fair market value plus interest):

| **Creditor** | **Collateral** | **Treatment** |
|---|---|---|
| Pentagon FCU | 2017 Dodge Durango 100,500 miles Encumbered Value based on KBB trade in value fair condition | Trustee to pay full claim of $24,504.00 at 6% |

   D. **Surrendered Collateral:** Debtor(s) surrender the following collateral in full satisfaction of the creditor's secured claim. Upon confirmation, or entry of an order granting relief from stay, the stay will be lifted as to the subject collateral.

| **Creditor** | **Collateral to be Surrendered** |
|---|---|
| -NONE- | |

E. **Lien Avoidance:** Debtor(s) will file motion(s) to avoid the following liens under 11 U.S.C. § 522(f).

| **Creditor** | **Collateral** | **Debt as Scheduled** |
|---|---|---|
| -NONE- | | |

F. **Lien Retention or Release**: All secured lien holders retain liens under 11 U.S.C. § 1325(a)(5)(B)(1) during the entire plan life, except:
____ Upon payment of secured claim, the following creditors' liens are released:

____ Other treatment: ____

3. **PRIORITY CLAIMS:** All priority claims will be paid in full through the plan unless the creditor(s) agree otherwise.

| **Creditor** | **Type of Priority** | **Scheduled Amount** |
|---|---|---|
| -NONE- | | |

4. **UNSECURED CLAIMS:**
   a. **Separately Classified Unsecured Claims:**

| Creditor | Basis for Classification | Treatment | Amount |
|---|---|---|---|
| **Mohela/dept Of Ed** | **Non-dischargeable student loan** | **Direct Pay** | **$100.00 per month** |

   b. **Not Separately Classified Unsecured Claims** (check one):
   ____ Pro rata distribution from any remaining funds; **or**
   __X__ % Projected pro rata dividend

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** By operation of law, all executory contracts and unexpired leases are **rejected**, except the following, which are assumed:

| **Creditor** | **Property Description** | **Treatment** |
|---|---|---|
| -NONE- | | |

6. **VESTING OF PROPERTY OF THE ESTATE:** Property of the estate shall revest in debtor(s) upon confirmation of the debtor's plan.

7. **PAYMENT NOTICES:** Creditors in Sections 2 (whose rights are not being modified) and 5 (whose executory contracts and unexpired leases are being accepted) may continue to mail customary notices or coupons to the debtor(s) or trustee notwithstanding the automatic stay.

8. **MISCELLANEOUS PROVISIONS:**
   **None.**

| Debtor's Signature: | **/s/ Bradley Alan Frame** | Date: | **7/21/2023** |
|---|---|---|---|
| | **Bradley Alan Frame** | | |
| Attorney's Signature: | **/s/ Candace Arroyo** | Date: | **7/21/2023** |
| | **Candace Arroyo** | | |